# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Brandon Shayne Melvin            Docket No. 5:07-CR-157-1BO

### Petition for Action on Supervised Release

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Shayne Melvin, who, upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and Possess with the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 1, 2008, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

      On November 9, 2012, pursuant to 18 U.S.C. §3582(c)(2), the previously imposed sentence of 108 months imprisonment was reduced to 96 months.

      Brandon Shayne Melvin was released from custody on September 12, 2014, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has an extensive substance abuse history and it is recommended that the drug aftercare condition be added to monitor for any potential substance abuse problems. Additionally, the defendant has a 2003 sex offense conviction out of Cumberland County, North Carolina, which requires him to register with the local sex offender registry. The probation office feels it is appropriate to modify the conditions and add a sex offender treatment condition in order for the defendant to be assessed and see if treatment is necessary at this time.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.     The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Brandon Shayne Melvin
Docket No. 5:07-CR-157-1BO
Petition For Action
Page 2


2. The defendant shall participate in mental health/sex offender evaluation testing and attend any recommended treatment.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: September 15, 2014 |

### ORDER OF COURT

Considered and ordered this 15 day of September, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge