# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Brandon Shayne Melvin**                           **Docket No. 5:07-CR-157-1BO**

### Petition for Action on Supervised Release

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Shayne Melvin, who, upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and Possess with the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 1, 2008, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

      On November 9, 2012, pursuant to 18 U.S.C. §3582(c)(2), the previously imposed sentence of 108 months imprisonment was reduced to 96 months.

      Brandon Shayne Melvin was released from custody on September 12, 2014, at which time the term of supervised release commenced.

      On September 15, 2014, the conditions of release were modified to include the drug aftercare condition along with a condition requiring the defendant to obtain a sex offender evaluation and to participate in any recommended treatment.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a 2003 sex offense conviction out of Cumberland County, North Carolina, which requires him to register with the local sex offender registry. The probation office feels it is appropriate to modify the conditions and add a condition which will subject the defendant to clinical polygraphs and other assessment instruments as directed by the probation office.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.     As part of sex offender treatment the defendant shall be subject to clinical polygraphs and other assessment instruments as directed by the probation officer.

Brandon Shayne Melvin
Docket No. 5:07-CR-157-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: October 1, 2014

### ORDER OF COURT

Considered and ordered this __1__ day of __October__, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge