UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Brandon Shayne Melvin                          Docket No. 5:07-CR-157-1BO

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Brandon Melvin, who, upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and Possess with the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 1, 2008, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On November 9, 2012, pursuant to 18 U.S.C. §3582(c)(2), the imprisonment portion of the defendant's sentence was reduced from 108 to 96 months. All other provisions of the judgment dated May 1, 2008, were ordered to remain in effect.

Brandon Melvin was released from custody on September 12, 2014, at which time the term of supervised release commenced.

On September 15, 2014, the conditions of supervised release were modified to include the drug aftercare condition as well as a condition mandating that the defendant participate in sex offender testing and treatment.

On October 1, 2014, the conditions of supervised release were modified to include polygraph testing as a component of his sex offender treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has recently enrolled in school and will be attending school this fall at Fayetteville Technical Community College. In order to monitor his compliance with computers or computer devices, it is requested that search conditions be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones) which, in the discretion of the U.S. Probation Officer, may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Brandon Melvin
Docket No. 5:07-CR-157-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: July 21, 2015

### ORDER OF THE COURT

Considered and ordered this 21 day of July, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge